**Elizabeth Jean FRICKE, Appellant,**

v.

**David Sheldon FRICKE, Respondent.**

No. ED 76455.

Missouri Court of Appeals, Eastern District, Division Three.

June 30, 2000.

John Robert O'Connor, Union, for appellant.

Prudence Fink Johnson, Union, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Elizabeth Jean Fricke appeals from the decree entered in her dissolution-of-marriage suit against David Sheldon Fricke. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).